OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 JUN. 03. 2015.

**6/3/2015**
**Goodman, Archie Dale**          Tr. Ct. No. 7056-A          WR-73,737-03
The Court has dismissed your application for writ of habeas corpus without written
order; the sentence has been discharged. See *Ex parte Harrington*, 310
**S.W.3d 452  (Tex. Crim. App. 2010).**

Abel Acosta, Clerk

ARCHIE DALE GOODMAN
T - TDC # 1397335

REF